**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vera C. Olivera, | No. MC-07-0055-PHX-SMM |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Seidberg Law Offices, P.C., et al., | |
| Defendants. | |

Plaintiff/Libellant, appearing *pro se*, filed this action on June 13, 2007 (Dkt. 1). Plaintiff/Libellant also filed a petition for declaratory judgment (Dkt. 2), and motion for entry of default (Dkt. 3). Federal Rule of Civil Procedure 4(m) requires service of summons and complaint be made within 120 days after the filing of the complaint. The Court may, upon its own initiative, dismiss an action without prejudice for failure to comply with the time limit set forth in Rule 4(m).

In this case, the 120 day deadline passed on October 12, 2007. As of October 15, 2007, service had not been made upon Defendants. Accordingly,

**IT IS HEREBY ORDERED** dismissing this case without prejudice.

DATED this 15th day of October, 2007.

Stephen M. McNamee
United States District Judge